**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

FS MEDICAL SUPPLIES, LLC,

       Plaintiff,

v.

TANNERGAP, INC. *et al.*,

       Defendants.

Civil Action No.
3:25-CV-00102-MOC-WCM

**RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Civil Rule 7.1(j), Plaintiff FS Medical Supplies, LLC ("FSMS") respect-fully submits the following response to Defendants' Notice of Supplemental Authority. *See* ECF 54.

The Fourth Circuit's decision makes this case more important, lest FS Medical be denied its day in court. The Magistrate Judge's decision contravenes binding Supreme Court and Fourth Circuit precedent, and poses a risk that the case will not be decided on the merits. As Judge Conrad found, FS Medical has a sound breach of contract claim. Damages are in the hundreds of millions of dollars. We urge the Court to sustain Plaintiff's objection to the M&R and proceed to the merits.

This the 25th day of June, 2026.

| | |
|---|---|
| /s/ Kent A. Yalowitz | /s/ Lex M. Erwin |
| Kent A. Yalowitz (admitted *pro hac vice*) | Lex M. Erwin |
| N.Y. State Bar No. 2188944 | N.C. State Bar No. 34619 |
| **ARNOLD & PORTER** | Kevin Y. Zhao |
| **KAYE SCHOLER LLP** | N.C. State Bar No. 53680 |
| 250 W 55th Street | **MAYNARD NEXSEN PC** |
| New York, NY 10019 | 227 W. Trade Street, Suite 2300 |
| 212-836-8000 | Charlotte, NC 28202 |
| kent.yalowitz@arnoldporter.com | Telephone: (704) 339-0304 |
| | Facsimile: (704) 338-5377 |
| – and – | lerwin@maynardnexsen.com |
| | kzhao@maynardnexsen.com |
| Eliseo R. Puig (admitted *pro hac vice*) | |
| Colorado State Bar No. 49022 | *Counsel for Plaintiff FS Medical Supplies,* |
| **ARNOLD & PORTER** | *LLC* |
| **KAYE SCHOLER LLP** | |
| 1144 Fifteenth Street, Suite 3100 | |
| Denver, CO 80202 | |
| 303-863-1000 | |
| eliseo.puig@arnoldporter.com | |